1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THEODORE E. CALLETON, as Trustee of the R.E. and M. Petersen Living Trust dated January 17, 1983,

           Plaintiff,

    v.

KAHALA CORP., a Florida corporation, KAHALA FRANCHISE CORP., a Delaware corporation, KAHALA MANAGEMENT CORP., a Delaware corporation, and KAHALA FRANCHISING, LLC, an Arizona limited liability company,

           Defendant.

Case No. CV12-07458 JFW (JCx)

**PROTECTIVE ORDER**

    The Court, having considered the Stipulated Protective Order submitted by the parties [Docket No. 31], and finding good cause therefore, the Court hereby approves and grants the Stipulated Protective Order.

    IT IS SO ORDERED.

DATED:  December 3, 2012

                     /s/

Honorable Jacqueline Chooljian
U.S. Magistrate Judge

15846617.2

PROTECTIVE ORDER
CV12-07458 JFW (JCX)