UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE E. CALLETON, as Trustee of the R.E. and M. Petersen Living Trust dated January 17, 1983,<br><br>   Plaintiff,<br><br>   v.<br><br>KAHALA CORP., a Florida corporation, KAHALA FRANCHISE CORP., a Delaware corporation, KAHALA MANAGEMENT CORP., a Delaware corporation, and KAHALA FRANCHISING, LLC, an Arizona limited liability company,<br><br>   Defendant. | Case No. CV12-07458 JFW (JCx)<br><br>**PROTECTIVE ORDER** |

The Court, having considered the Stipulated Protective Order submitted by the parties [Docket No. 31], and finding good cause therefore, the Court hereby approves and grants the Stipulated Protective Order.

IT IS SO ORDERED.

DATED: December 3, 2012

/s/
Honorable Jacqueline Chooljian
U.S. Magistrate Judge

15846617.2

PROTECTIVE ORDER
CV12-07458 JFW (JCX)